IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES A. SLAGHT III,

Plaintiff,

v.

ORDER

LINCOLN CNTY. PROBATION & PAROLE, MOREA MENDOZA, and MITCHELLE HUBBARD,

26-cv-799-jdp

Defendants.

---

Plaintiff Charles A. Slaght III, representing himself, seeks relief under 42 U.S.C. § 1983. This order provides Slaght guidance on how to properly submit his claims for this court's review in an amended complaint, and it deals with a preliminary matter regarding nominal plaintiff Sandra M. Slaght III.

Charles Slaght listed Sandra Slaght as a plaintiff in the complaint's caption. But she did not sign the complaint, so this order applies only to Charles Slaght. Sandra Slaght would have to personally sign the amended complaint to adopt its allegations.

The court turns to pleading matters. Charles Slaght filed his complaint using the court's complaint form, and he submitted a 14-page supplement. Dkts. 1 & 1-1. The complaint, including the supplement, is excessively long, argumentative, disorganized, and it contains numerous immaterial allegations. The court will not parse the complaint to attempt to discern the facts supporting a potentially plausible claim because that would unduly strain the court's resources and divert it from its role as a neutral decisionmaker. The court must construe Charles Slaght's allegations generously, but it cannot construct his claims for him.

Instead, the court will require Charles Slaght to file an amended complaint, again using the prisoner complaint form, to more carefully articulate the facts supporting his claims. Once the court has received the amended complaint, it will be screened.

The court will send Charles Slaght a copy of the prisoner complaint form along with this order. Charles Slaght may include supplemental pages with the form if he needs more space to allege facts supporting his claims, but he may provide no more than five (5) supplemental pages. Any handwritten or typewritten text on the form or any supplemental page must be large enough and have enough spacing between the lines and in the margins for the court to read it easily. For reference, the handwritten supplement generally meets the spacing and text size requirements, but Charles Slaght should not use any smaller margin on the page's right side. Charles Slaght should also make greater efforts to write neatly, if he submits a handwritten amended complaint.

In drafting the amended complaint, Charles Slaght should be mindful that, to state a claim for relief, a pleading need only contain "a short and plain statement of the claim showing that [he] is entitled to relief." Fed. R. Civ. P. 8(a)(2). Charles Slaght's allegations must be "simple, concise, and direct." Fed. R. Civ. P. 8(d). Charles Slaght should state his allegations in numbered paragraphs, "each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). Charles Slaght should identify his claims in this manner and omit any legal arguments.

Charles Slaght should carefully consider whether he is naming proper defendants, which means that he should omit defendants who did not personally participate in, or otherwise cause, a violation of his rights. Charles Slaght must explain what each defendant did, or failed to do, to violate his rights. Charles Slaght should avoid referring to defendants collectively.

Charles Slaght also should identify by full name in the case caption of the amended complaint every one of the defendants.

ORDER

IT IS ORDERED that:

1. Plaintiff Charles A. Slaght III has until December 23, 2026, to file an amended complaint in accordance with the instructions provided in this order.

2. The amended complaint will act as a complete substitute for the complaint. This case will proceed on only the allegations made and claims presented in the amended complaint, and against only the defendants specifically named in the amended complaint's caption.

3. If Charles Slaght fails to comply with this order, the court may dismiss the case.

4. The clerk of court is directed to send Charles Slaght a copy of the court's prisoner complaint form.

Entered November 23, 2026.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge